James Cannon, a Minor, by Irene Cannon, His Mother and Next Friend, Plaintiff-Appellant, v. David Thompson, Defendant, and General Telephone Company of Illinois, Defendant-Appellee.

Gen. No. 61-O-24.

Fourth District.

March 21, 1962.

R. W. Harris and David A. Warford, of Marion, for plaintiff in error; August L. Fowler, of Marion, for defendant in error. Opinion by JUDGE SCHEINEMAN. **Not to be published in full.**